IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **DATATREASURY CORPORATION**, | § | |
| Plaintiff | § | |
| | § | CIVIL ACTION NO. 6:11cv92 |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| **NORTH AMERICAN BANCSHARES, INC.,** | § | |
| **AMERICAN BANK OF TEXAS,** and | § | |
| **AMERICAN BANK OF TEXAS, N.A.,** | § | |
| Defendants | § | |

## AGREED MOTION TO DISMISS DEFENDANTS NORTH AMERICAN BANCSHARES, INC., AMERICAN BANK OF TEXAS, AND AMERICAN BANK OF TEXAS, N.A. WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of a separate Settlement, Release and License Agreement, the Plaintiff, DataTreasury Corp. ("DTC") and Defendants North American Bancshares, Inc., American Bank of Texas and American Bank of Texas, National Association ("Defendants") have agreed to settle, adjust and compromise all claims and counterclaims against each other in the above-captioned actions.  The parties move this Court to dismiss with prejudice in the above-entitled causes any and all claims by DTC against Defendants and to dismiss any and all counterclaims by Defendants against DTC.

DTC and Defendants also move the Court to order that all costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring same.  Other than Defendants, no defendants shall be dismissed as a result of this Motion.

A proposed Order accompanies this motion.

Respectfully submitted,

**NELSON J. ROACH**, Attorney in Charge
STATE BAR NO. 16968300
**DEREK  GILLILAND**
STATE BAR NO.  24007239
**NIX PATTERSON & ROACH, L.L.P.**
205 Linda Drive
Daingerfield, Texas  75638
903.645.7333 (telephone)
903.645.5389
njroach@nixlawfirm.com
dgilliland@nixlawfirm.com

**C.  CARY PATTERSON**
STATE BAR NO. 15587000
**BRADY PADDOCK**
STATE BAR NO. 00791394
**R. BENJAMIN KING**
STATE BAR NO. 24048592
**NIX PATTERSON & ROACH L.L.P.**
2900 St. Michael Drive, Suite 500
Texarkana, Texas  75503
903.223.3999 (telephone)
903.223.8520 (facsimile)
bpaddock@nixlawfirm.com
benking@nixlawfirm.com

**ANTHONY BRUSTER**
STATE BAR NO. 24036280
**ROD COOPER**
STATE BAR NO. 90001628
**EDWARD CHIN**
STATE BAR NO.. 50511688
**NICOLE REED KLIEWER**
STATE BAR NO. 24041759
**ANDREW WRIGHT**
STATE BAR NO. 24063927
**NIX PATTERSON & ROACH, L.L.P.**
5215 N. O'Connor Blvd., Suite 1900
Irving, Texas  75039
972.831.1188 (telephone)

972.444.0716 (facsimile)
akbruster@nixlawfirm.com
rodcooper@nixlawfirm.com
edchin@me.com
nicolekliewer@nixlawfirm.com
andrewjwright@me.com

**JOE KENDALL**
STATE BAR NO. 11260700
**KARL RUPP**
STATE BAR NO. 24035243
**KENDALL LAW GROUP, LLP**
3232 McKinney Avenue, Ste. 700
Dallas, Texas  75204
214.744.3000 (telephone)
214.744.3015 (facsimile)
jkendall@kendalllawgroup.com
krupp@kendalllawgroup.com

**ERIC M.  ALBRITTON**
STATE BAR NO. 00790215
**ALBRITTON LAW FIRM**
P.O. Box 2649
Longview, Texas  75606
903.757.8449 (telephone)
903.758.7397 (facsimile)
ema@emafirm.com

**T. JOHN WARD, JR.**
STATE BAR NO. 00794818
**WARD & SMITH LAW FIRM**
P.O. Box 1231
Longview, Texas  75606
903.757.6400 (telephone)
903.757.2323 (facsimile)
jw@jwfirm.com

**SETH OSTROW**
STATE BAR  NO. 2532257
**MATTHEW L. KAUFMAN**
STATE BAR NO.  4001046
**JEANPIERRE J. GIULIANO**
STATE BAR NO. 4273777
**ELYSSA  S. LANE**
STATE BAR NO. 4388393
**OSTROW KAUFMAN LLP**

555 5th Avenue. 19th Floor
New York, NY 10017
212.682.9015
212.682.9222 (facsimile)
mkaufman@ostrowkaufman.com
sostrow@ostrowkaufman.com
jpgiuliano@ostrowkaufman.com
elyssa.lane@gmail.com


**ATTORNEYS FOR PLAINTIFF
DATATREASURY CORPORATION**



/s/  Rick Rambo
**RICK RAMBO**
State Bar No. 00791479
**THOMAS R. DAVIS**
State Bar No. 24055384
**MORGAN LEWIS & BOCKIUS LLP**
1000 Louisiana Street, Ste. 4000
Houston, Texas  77002
713.890.5000 (telephone)
713.890.5001 (facsimile)
rrambo@morganlewis.com
tdavis@morganlewis.com


**ATTORNEYS FOR DEFENDANTS
NORTH AMERICAN BANCSHARES, INC.;
AMERICAN BANK OF TEXAS and
AMERICAN BANK OF TEXAS, N.A.**

## CERTIFICATE OF SERVICE

I certify that on July 28, 2011, all counsel who are deemed to have consented to electronic service are being served with a copy of this document via electronic transmission.


/s/ Nelson J. Roach