# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **DATATREASURY CORPORATION**, | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. 6:11-CV-00092 |
| v. | § | |
| | § | JURY TRIAL DEMANDED |
| **CAPITAL ONE FINANCIAL CORPORATION, ET AL** | § | |
| Defendants. | § | |

## AGREED MOTION TO DISMISS DEFENDANTS REGIONS FINANCIAL CORP. AND REGIONS BANK WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of a separate Settlement, Release and License Agreement, the Plaintiff, DataTreasury Corp. ("DTC") and Defendants Regions Financial Corporation and Regions Bank ("Defendants") have agreed to settle, adjust and compromise all claims against each other in the above-captioned actions. The parties move this Court to dismiss with prejudice in the above-entitled causes any and all claims by DTC against Defendants

DTC and Defendants also move the Court to order that all costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring same. Other than Defendants, no defendants shall be dismissed as a result of this Motion.

A proposed Order accompanies this motion.

Respectfully submitted,

_____

**NELSON J. ROACH**, Attorney in Charge
STATE BAR NO. 16968300
**DEREK GILLILAND**
STATE BAR NO. 24007239
**NIX PATTERSON & ROACH, L.L.P.**
205 Linda Drive
Daingerfield, Texas 75638
903.645.7333 (telephone)
903.645.5389
njroach@nixlawfirm.com
dgilliland@nixlawfirm.com

**C. CARY PATTERSON**
STATE BAR NO. 15587000
**BRADY PADDOCK**
STATE BAR NO. 00791394
**R. BENJAMIN KING**
STATE BAR NO. 24048592
**NIX PATTERSON & ROACH L.L.P.**
2900 St. Michael Drive, Suite 500
Texarkana, Texas 75503
903.223.3999 (telephone)
903.223.8520 (facsimile)
bpaddock@nixlawfirm.com
benking@nixlawfirm.com

**ANTHONY BRUSTER**
STATE BAR NO. 24036280
**ROD COOPER**
STATE BAR NO. 90001628
**EDWARD CHIN**
STATE BAR NO.. 50511688
**NICOLE REED KLIEWER**
STATE BAR NO. 24041759
**ANDREW WRIGHT**
STATE BAR NO. 24063927
**NIX PATTERSON & ROACH, L.L.P.**

2

5215 N. O'Connor Blvd., Suite 1900
Irving, Texas 75039
972.831.1188 (telephone)
972.444.0716 (facsimile)
akbruster@nixlawfirm.com
rodcooper@nixlawfirm.com
edchin@me.com
nicolekliewer@nixlawfirm.com
andrewjwright@me.com


**JOE KENDALL**
STATE BAR NO. 11260700
**KARL RUPP**
STATE BAR NO. 24035243
**KENDALL LAW GROUP, LLP**
3232 McKinney Avenue, Ste. 700
Dallas, Texas 75204
214.744.3000 (telephone)
214.744.3015 (facsimile)
jkendall@kendalllawgroup.com
krupp@kendalllawgroup.com


**ERIC M. ALBRITTON**
STATE BAR NO. 00790215
**ALBRITTON LAW FIRM**
P.O. Box 2649
Longview, Texas 75606
903.757.8449 (telephone)
903.758.7397 (facsimile)
ema@emafirm.com

**T. JOHN WARD, JR.**
STATE BAR NO. 00794818
**WARD & SMITH LAW FIRM**
P.O. Box 1231
Longview, Texas 75606
903.757.6400 (telephone)
903.757.2323 (facsimile)
jw@jwfirm.com


**SETH OSTROW**
STATE BAR NO. 2532257
**MATTHEW L. KAUFMAN**

STATE BAR NO. 4001046
**JEANPIERRE J. GIULIANO**
STATE BAR NO. 4273777
**ELYSSA S. LANE**
STATE BAR NO. 4388393
**OSTROW KAUFMAN LLP**
555 5th Avenue. 19th Floor
New York, NY 10017
212.682.9015
212.682.9222 (facsimile)
mkaufman@ostrowkaufman.com
sostrow@ostrowkaufman.com
jpgiuliano@ostrowkaufman.com
elyssa.lane@gmail.com

**ATTORNEYS FOR PLAINTIFF**
**DATATREASURY CORPORATION**

**STEPTOE & JOHNSON LLP**

**John M. Caracappa**
**Paul A. Gennari**
1330 Connecticut Ave. N.W.
Washington, DC 20036-1564
Telephone: 202-429-6267
Fax: 202-429-3902
jcaracappa@steptoe.com
pgennari@steptoe.com

**Michael E. Jones**
State Bar No. 10929400
mikejones@potterminton.com
**Allen F. Gardner**
State Bar No. 24043679
allengardner@potterminton.com
**POTTER MINTON**
A Professional Corporation
110 N. College, Suite 500
Tyler, Texas 75702
Tel: (903) 597 8311
Fax: (903) 593 0846

**ATTORNEYS FOR DEFENDANTs REGIONS**
**FINANCIAL CORP. AND REGIONS BANK**

**CERTIFICATE OF SERVICE**

      I certify that on September 1, 2011, all counsel who are deemed to have consented to electronic service are being served with a copy of this document via electronic transmission.

                                                                      _____
                                                                      Nelson J. Roach