IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| **DataTreasury Corporation** § | | |
| *Plaintiff* § | | |
| § | | |
| v. § | CIVIL ACTION NO: 6:11-CV-92 | |
| § | JURY DEMANDED | |
| **Capital One Financial Corporation, et al;** § | | |
| *Defendants* § | | |

## AGREED MOTION TO DISMISS DEFENDANTS PATRIOT BANCSHARES INC. AND PATRIOT BANK WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of a separate Settlement, Release and License Agreement, the Plaintiff, DataTreasury Corp. ("DTC") and Defendants Patriot Bancshares, Inc. and Patriot Bank (collectively, "PATRIOT"), have agreed to settle, adjust and compromise all claims and counterclaims against each other in the above-captioned action. The parties move this Court to dismiss with prejudice in the above-entitled cause any and all claims by DTC against PATRIOT and to dismiss all counterclaims by PATRIOT against DTC.

DTC and PATRIOT also move the Court to order that all costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring same. Other than PATRIOT, no other defendants shall be dismissed as a result of this Motion.

A proposed Order accompanies this motion.

Dated: September 11, 2012.

          Respectfully submitted,

_/s/ Nelson J. Roach_

**NELSON J. ROACH**, Attorney in Charge
STATE BAR NO. 16968300
**DEREK GILLILAND**
STATE BAR NO. 24007239
**NIX PATTERSON & ROACH, L.L.P.**
205 Linda Drive
Daingerfield, Texas 75638
903.645.7333 (telephone)
903.645.5389
njroach@nixlawfirm.com
dgilliland@nixlawfirm.com

**C. CARY PATTERSON**
STATE BAR NO. 15587000
**BRADY PADDOCK**
STATE BAR NO. 00791394
**R. BENJAMIN KING**
STATE BAR NO. 24048592
**NIX PATTERSON & ROACH L.L.P.**
2900 St. Michael Drive, Suite 500
Texarkana, Texas 75503
903.223.3999 (telephone)
903.223.8520 (facsimile)
bpaddock@nixlawfirm.com
benking@nixlawfirm.com

**ANTHONY BRUSTER**
STATE BAR NO. 24036280
**ROD COOPER**
STATE BAR NO. 90001628
**EDWARD CHIN**
STATE BAR NO. 50511688
**ANDREW WRIGHT**
STATE BAR NO. 24063927
**NIX PATTERSON & ROACH, L.L.P.**
5215 N. O'Connor Blvd., Suite 1900
Irving, Texas 75039

972.831.1188 (telephone)
972.444.0716 (facsimile)
akbruster@nixlawfirm.com
rodcooper@nixlawfirm.com
edchin@me.com
andrewjwright@me.com

**JOE KENDALL**
STATE BAR NO. 11260700
**KARL RUPP**
STATE BAR NO. 24035243
**KENDALL LAW GROUP, LLP**
3232 McKinney Avenue, Ste. 700
Dallas, Texas  75204
214.744.3000 (telephone)
214.744.3015 (facsimile)
jkendall@kendalllawgroup.com
krupp@kendalllawgroup.com

**ERIC M.  ALBRITTON**
STATE BAR NO. 00790215
**ALBRITTON LAW FIRM**
P.O. Box 2649
Longview, Texas  75606
903.757.8449 (telephone)
903.758.7397 (facsimile)
ema@emafirm.com

**T. JOHN WARD, JR.**
STATE BAR NO. 00794818
**WARD & SMITH LAW FIRM**
P.O. Box 1231
Longview, Texas  75606
903.757.6400 (telephone)
903.757.2323 (facsimile)
jw@jwfirm.com

**SETH OSTROW**
STATE BAR  NO. 2532257
**MATTHEW L. KAUFMAN**
STATE BAR NO.  4001046
**JEANPIERRE J. GIULIANO**
STATE BAR NO. 4273777
**OSTROW KAUFMAN LLP**
555 5th Avenue. 19th Floor
New York, NY 10017

212.682.9015
212.682.9222 (facsimile)
mkaufman@ostrowkaufman.com
sostrow@ostrowkaufman.com
jpgiuliano@ostrowkaufman.com


**ELYSSA S. LANE**
STATE BAR NO. 4388393
**LANE & SEIDMAN**
2 Park Avenue
14th Floor
New York, New York 10016
212.593.0600
elyssa.lane@gmail.com

**ATTORNEYS FOR PLAINTIFF
DATATREASURY CORPORATION**

**POLSINELLI SHUGHART PC**

**/s/**_____
**Russell Jones, Jr**.
Twelve Wyandotte Plaza
120 W. 12th Street
Kansas City, MO 64105
816.421.3355 (telephone)
816.374.0509 (facsimile)
rjones@polsinelli.com

**Jay Heidrick**
6201 College Blvd. Ste. 500
Overland Park, KS 66211
913.451.8788 (telephone)
913.451.6205 (facsimile)
jheidrick@polsinelli.com

**Doug McSwane**
**POTTER MINTON P.C.**
P.O. Box 359
Tyler, TX 75710
903.597.8311 (telephone)
903.593.0846 (facsimile)
dougmcswane@potterminton.com

**ATTORNEYS FOR DEFENDANT**

## **CERTIFICATE OF SERVICE**

    I certify that on September 11, 2012, all counsel who are deemed to have consented to electronic service are being served with a copy of this document via electronic transmission.

_____