IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| DataTreasury Corporation | § | |
| *Plaintiff* | § | |
| | § | |
| v. | § | CIVIL ACTION NO: 6:11cv92 |
| | § | JURY DEMANDED |
| Capital One Financial Corporation; | § | |
| *Defendants* | § | |

## AGREED MOTION TO DISMISS CAPITAL ONE DEFENDANTS

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of a separate Settlement, Release and License Agreement, the Plaintiff, DataTreasury Corp. ("DTC") and Defendants  Capital One Financial Corporation, Capital One, N.A. and Capital One Bank (USA), N.A. (collectively "Defendants") have agreed to settle, adjust and compromise all claims and counterclaims against each other in the above-captioned actions.  The parties move this Court to dismiss with prejudice in the above-entitled causes any and all claims by DTC against Defendants and to dismiss any and all counterclaims by Defendants against DTC.

DTC and Defendants also move the Court to order that all costs and expenses relating to this litigation (including attorney and expert fees and expenses) shall be borne solely by the party incurring same.  Other than Defendants, no defendants shall be dismissed as a result of this Motion.

A proposed Order accompanies this motion.

Respectfully submitted,

_____

NELSON J. ROACH, Attorney in Charge
STATE BAR NO. 16968300
DEREK GILLILAND
STATE BAR NO. 24007239
NIX PATTERSON & ROACH, L.L.P.
205 Linda Drive
Daingerfield, Texas 75638
903.645.7333 (telephone)
903.645.5389
njroach@nixlawfirm.com
dgilliland@nixlawfirm.com

C. CARY PATTERSON
STATE BAR NO. 15587000
BRADY PADDOCK
STATE BAR NO. 00791394
R. BENJAMIN KING
STATE BAR NO. 24048592
NIX PATTERSON & ROACH L.L.P.
2900 St. Michael Drive, Suite 500
Texarkana, Texas 75503
903.223.3999 (telephone)
903.223.8520 (facsimile)
bpaddock@nixlawfirm.com
benking@nixlawfirm.com

ANTHONY BRUSTER
STATE BAR NO. 24036280
ROD COOPER
STATE BAR NO. 90001628
EDWARD CHIN
STATE BAR NO. 50511688
ANDREW WRIGHT
STATE BAR NO. 24063927
NIX PATTERSON & ROACH, L.L.P.
5215 N. O'Connor Blvd., Suite 1900
Irving, Texas 75039
972.831.1188 (telephone)

972.444.0716 (facsimile)
akbruster@nixlawfirm.com
rodcooper@nixlawfirm.com
edchin@me.com
andrewjwright@me.com

JOE KENDALL
STATE BAR NO. 11260700
KARL RUPP
STATE BAR NO. 24035243
KENDALL LAW GROUP, LLP
3232 McKinney Avenue, Ste. 700
Dallas, Texas  75204
214.744.3000 (telephone)
214.744.3015 (facsimile)
jkendall@kendalllawgroup.com
krupp@kendalllawgroup.com

ERIC M.  ALBRITTON
STATE BAR NO. 00790215
ALBRITTON LAW FIRM
P.O. Box 2649
Longview, Texas  75606
903.757.8449 (telephone)
903.758.7397 (facsimile)
ema@emafirm.com

T. JOHN WARD, JR.
STATE BAR NO. 00794818
WARD & SMITH LAW FIRM
P.O. Box 1231
Longview, Texas  75606
903.757.6400 (telephone)
903.757.2323 (facsimile)
jw@jwfirm.com

SETH OSTROW
STATE BAR  NO. 2532257
MATTHEW L. KAUFMAN
STATE BAR NO.  4001046
JEANPIERRE J. GIULIANO
STATE BAR NO. 4273777
OSTROW KAUFMAN LLP
555 5th Avenue. 19th Floor
New York, NY 10017
212.682.9015

**212.682.9222 (facsimile)**
mkaufman@ostrowkaufman.com
sostrow@ostrowkaufman.com
jpgiuliano@ostrowkaufman.com


ELYSSA  S. LANE
STATE BAR NO. 4388393
**LANE &  SEIDMAN**
2 Park Avenue
14th Floor
New York, New York  10016
212.593.0600
elyssa.lane@gmail.com

**ATTORNEYS FOR PLAINTIFF
DATATREASURY CORPORATION**


**BAKER & MCKENZIE L.L.P.**

**/s/**
_____
**JOHN FLAIM
JAY UTLEY
BART RANKIN**
2300 Trammel Crow Center
2001 Ross Avenue
Dallas, Texas  75201
214.978.3000 (telephone)
214.978.3099 (facsimile)
*DAL-CapOne@bakermckenzie.com

**ATTORNEYS FOR DEFENDANTS**


<u>**CERTIFICATE OF SERVICE**</u>

I certify that on September 12, 2012, all counsel who are deemed to have consented to electronic service are being served with a copy of this document via electronic transmission.


_____